AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX Blair Road, NW
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I __XXXXX XXXXXX__ being duly sworn depose and say:

I am a(n) __Alcohol Tobacco & Firearms__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location):

Location is described as a 2 story red brick with white trim duplex resident that sits on the west side of Blair Road, south of Whittier Street and north of Van Buren Street. Directly to the left & attached to residence located at XXXX Blair Rd., NW is the residence marked "XXXX"and to the right is residence marked "XXXX." The front door to XXXX Blair Rd., NW is white in color and has six (6) panes of glass at the top of the door. On the right side of the front door is a gold colored door knob and covering the front door is a white metal storm door. The numbers "XXXX" are affixed to the right of the front door and are black in color placed on a white placard affixed to the residence. Residence has a gray colored fence which surrounds the property.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title __21__ United States Code, Section(s) __841 (a)(1)__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Elisabeth Poteat
Organized Crime & Narcotics Trafficking
(202)514-7067

Signature of Affiant
XXXXX XXXXXX, Special Agent
Alcohol, Tobacco & Firearms

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer

Signature of Judicial Officer